(105 So. 698)

**Ex parte McCORMACK BROS. MOTOR CAR CO. (6 Div. 510.)**

(Supreme Court of Alabama. Oct. 15, 1925.)

Certiorari to Court of Appeals.

Beddow & Ray, of Birmingham, for petitioner.

Altman & Taylor and Fred G. Koenig, all of Birmingham, opposed.

BOULDIN, J. Petition of the McCormack Bros. Motor Car Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of McCormack Bros. Motor Car Co. v. Martin, 105 So. 697.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

---

(105 So. 706)

**Ex parte Will COLEMAN. (3 Div. 729.)**

(Supreme Court of Alabama. Oct. 15, 1925.)

Certiorari to Court of Appeals.

W. R. Brassell and Thos. B. Hill, Jr., both of Montgomery, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Will Coleman for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Will (alias Hawk) Coleman v. State, 105 So. 706.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.

---

(105 So. 720)

**Ex parte Lucy W. CHANEY. (2 Div. 877.)**

(Supreme Court of Alabama. Oct. 15, 1925.)

Certiorari to Court of Appeals.

Gray & Dansby, of Butler, and James J. Mayfield, of Montgomery, for petitioner.

T. J. Hollis, of Butler, and R. P. Roach, of Mobile, opposed.

MILLER, J. Petition of Lucy W. Chaney and others for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Chaney et al. v. Long, 105 So. 719.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

---

(105 So. 700)

**Ex parte William JONES. (3 Div. 724.)**

(Supreme Court of Alabama, Oct. 15, 1924.)

Certiorari to Court of Appeals.

Brassell & Brassell, of Montgomery, for petitioner.

Hill, Hill, Whiting, Thomas & Rives, of Montgomery, opposed.

BOULDIN, J. Petition of William Jones for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Jones v. Blue, 105 So. 698.

Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.